opinion. Reference ordered before the official referee. Settle order on notice.

LASHER v. McDERMOTT et al. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Abbie Lasher against Thomas F. McDermott, as executor, etc., of Rose Quest, deceased, and others. No opinion. Motion denied. See, also, 129 N. Y. Supp. 416.

LAZARONY et al., Respondents, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Joseph L. Lazarony and others against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

LEAVITT, Respondent, v. LICHTENSTEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by William Leavitt against Rudolph Lichtenstein. No opinion. Order affirmed, with $10 costs and disbursements.

LE BARON, Appellant, v. BARKER, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Georgianna L. Le Baron against Frances E. Barker. No opinion. Motion to dismiss appeal denied, without costs.

LEHIGH VALLEY NAT. BANK, Respondent, v. FURBER, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Lehigh Valley National Bank against Percy N. Furber. A. Furber, for appellant. R. T. Greene, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

LEHMAN, Appellant, v. LITTLE FALLS & D. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Oscar C. Lehman against the Little Falls & Dolgeville Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

LERBS, Appellant, v. LERBS, Respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Harry J. Lerbs against Emma M. Lerbs. No opinion. Motion granted, without costs. See, also, 129 N. Y. Supp. 903.

LERNER, Appellant, v. TETRAZZINI, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Isidor Lerner against Louise Tetrazzini. S. E. Rogers, for appellant. B. F. Spellman, for respondent. No opinion. Judgment and order (129 N. Y. Supp. 889) affirmed, with $10 costs and disbursements. Order filed.

LESSLER, Respondent, v. ASSETS REALIZATION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Clara Lessler against the Assets Realization Company. No opinion. Judgment affirmed, with costs.

LINK, Respondent, v. BLOCK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Anna Maria Link against Joseph Block and others. No opinion. Interlocutory judgment, overruling demurrer, affirmed, with costs.

LOEWI v. LANDEKER. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Joseph Loewi against Adolph E. Landeker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 1132.

LONG, Respondent, v. ONONDAGA INDEPENDENT TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Margaret Long, as administratrix, etc., against the Onondaga Independent Telephone Company. No opinion. Judgment and order affirmed, with costs.

LORD & TAYLOR, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Lord & Taylor against Catherine L. Boyer. H. Smith, for appellant. J. S. Frank, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LUDEWIG, Respondent, v. BOSSELMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Otto R. Ludewig against Andreas C. Bosselman. J. W. Brainsby, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUDLOW REALTY CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by the Ludlow Realty Company against the City of New York. No opinion. Judgment affirmed, with costs.

LUMAN W. JOHNSON, Inc., v. WILSON et al. (Supreme Court, Appellate Division, First Department. May 5, 1911.) Appeal from Trial Term, New York County. Action by Luman W. Johnson, Incorporated, against Isaac Wilson and another, copartners, comprising the firm of the Rockaway Wilson Company. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. Max D. Steuer, for appellants. Henry B. Johnson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J. (dissenting). I do not concur in the affirmance of this judgment. Plaintiff's right to recover was based upon his procuring a purchaser of certain property in the Bronx, which deal subsequently the defendants refused to complete. The plaintiff did procure a person who was willing to convey a certain hotel property in Ulster county for this Bronx property, and such purchaser made a contract, not with the defendants, but with one Heller, to make the exchange. The vice pres-